JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr.<br><br>           Plaintiff,<br><br>    v.<br><br>Hacienda Plaza Princeton, LP, a Delaware Limited Partnership; Hacienda Plaza JPS, LLC, a Delaware Limited Liability Company; Hacienda Plaza Investors, LLC, a Delaware Limited Liability Company; Food 4 Less of California, Inc., a California Corporation<br><br>           Defendants. | Case No. 2:20-cv-09889-AB-PD<br>Hon. Andre Birotte, Jr.<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

The Court **ENTERS JUDGMENT** favor of Defendants and against Plaintiff on Plaintiff's ADA claim which is dismissed with prejudice. Plaintiff's Unruh Act claim is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: April 05, 2022

_____
Hon. Andre Birotte Jr.
Judge of the U.S. District Court